In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00248-CR
_____

ERNEST VARRIEN BURNS JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 11-11968

## MEMORANDUM OPINION

Pursuant to a plea bargain agreement, appellant Ernest Varrien Burns Jr.[1] pleaded guilty to aggravated robbery. The trial court found the evidence sufficient to find Burns guilty, but deferred further proceedings, placed Burns on community supervision for seven years, and assessed a fine of $500. The State subsequently filed a motion to revoke Burns's unadjudicated community supervision. Burns

---

[1]The trial court's judgment indicates that Burns is also known as "Pinto" and "Ernest Varrien Burns[.]"

pleaded "true" to three violations of the conditions of his community supervision. The trial court found that Burns violated the conditions of his community supervision, found Burns guilty of aggravated robbery, and assessed punishment at ten years of confinement.

Burns's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On July 28, 2014, we granted an extension of time for Burns to file a *pro se* brief. We received no response from Burns. We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[2]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

---

[2]Burns may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

Submitted on November 3, 2014
Opinion Delivered December 10, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.